ROBERT C BOWMAN JR. (SBN 232388)
robert@bowmanandassoc.com
LAURA REICH (SBN 289115)
lreich@bowmanandassoc.com
LAW OFFICES OF BOWMAN & ASSOCIATES
3230 Ramos Circle
Sacramento, CA 95827

Attorney for Plaintiff
ROBERT FERNANDEZ

GABRIELLE M. WIRTH (SBN 106492)
wirth.gabrielle@dorsey.com
NISHA VERMA (SBN 284130)
verma.nisha@dorsey.com
DORSEY & WHITNEY LLP
600 Anton Boulevard, Suite 2000
Costa Mesa, CA 92626
Telephone:  (714) 800-1400
Facsimile:  (714) 800-1499

Attorneys for Defendant
JACOBSON WAREHOUSE COMPANY INC.
(D.B.A XPO LOGISTICS)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT FERNANDEZ,<br><br>            Plaintiff,<br><br>     vs.<br><br>JACOBSON WAREHOUSE COMPANY INC. (D.B.A XPO LOGISTICS), and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO:  2:19-CV-00976-MCE-AC<br><br>[SAN JOAQUIN SUPERIOR COURT CASE NO: STK CV UWT 2019-4884]<br><br>ASSIGNED TO:<br>District Judge: Morrison C. England, Jr.<br>Magistrates Judge: Allison Claire<br><br>**ORDER UPON STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)**<br><br>Complaint Filed:  April 16, 2019<br>Removed to Federal: May 28, 2019<br>Trial Date:  Not Set |

Plaintiff Robert Fernandez ("Plaintiff") and Defendant Jacobson Warehouse Company Inc. ("Defendant") (collectively "Parties") acting through counsel hereby stipulate as follows;

1. The above-entitled action has been resolved through a negotiated settlement executed by the Parties, including all claims against all Parties. Therefore, the Parties stipulate that the above-entitled action be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

2. The Parties shall each bear their own costs and fees.

Dated: March 18, 2020        /s/ *Robert C. Bowman*
                             Robert C. Bowman Jr,
                             Attorney for Plaintiff
                             ROBERT FERNANDEZ

Dated: April 7, 2020         /s/ *Gabrielle M. Wirth*
                             Gabrielle M. Wirth,
                             Attorney for Defendant
                             JACOBSON WAREHOUSE COMPANY INC.

**ORDER**

In accordance with the foregoing stipulation of the parties, and good cause appearing, the above-entitled action is hereby dismissed, with prejudice, each side to bear its own costs and fees. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED:**

Dated: April 28, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1